UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ROGER TURLEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00514-KOB |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM OPINION**

On June 19, 2018, the magistrate judge entered a report recommending that the court reverse and remand the Commissioner's decision because the Appeals Council improperly denied review of some of the new evidence the claimant presented to it. (Doc. 19). No party has filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the Commissioner's decision should be reversed and remanded for consideration of Dr. Wilson's psychological evaluation and mental health source statement.

The court will enter a separate Final Order in conformity with this Memorandum Opinion.

DONE and ORDERD this 16th day of August, 2018.

_Karon O. Bowdre_
_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE